# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 22-1456

———————————————

United States of America,

*Plaintiff - Appellee*,

v.

Cordell Cole,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

——————————

Submitted: July 19, 2022
Filed: July 25, 2022
[Unpublished]

——————————

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Cordell Cole appeals a sentence imposed by the district court[*] after Cole pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed

———————————————

[*]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa, now retired.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude that Cole's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motions to withdraw.

_____